CIRCUIT RULE 26.1 DISCLOSURE STATEMENT

Appellate Court No: __17-2900__

Short Caption: __Charles Curry v. Revolution Laboratories, LLC, et al.__

To enable the judges to determine whether recusal is necessary or appropriate, an attorney for a non-governmental party or amicus curiae, or a private attorney representing a government party, must furnish a disclosure statement providing the following information in compliance with Circuit Rule 26.1 and Fed. R. App. P. 26.1.

The Court prefers that the disclosure statement be filed immediately following docketing; but, the disclosure statement must be filed within 21 days of docketing or upon the filing of a motion, response, petition, or answer in this court, whichever occurs first. Attorneys are required to file an amended statement to reflect any material changes in the required information. The text of the statement must also be included in front of the table of contents of the party's main brief. Counsel is required to complete the entire statement and to use N/A for any information that is not applicable if this form is used.

[ ]  PLEASE CHECK HERE IF ANY INFORMATION ON THIS FORM IS NEW OR REVISED AND INDICATE WHICH INFORMATION IS NEW OR REVISED.

(1) The full name of every party that the attorney represents in the case (if the party is a corporation, you must provide the corporate disclosure information required by Fed. R. App. P 26.1 by completing item #3):

__Revolution Laboratories, LLC, Rev Labs Management, Inc., Joshua Nussbaum, and Barry Nussbaum__

(2) The names of all law firms whose partners or associates have appeared for the party in the case (including proceedings in the district court or before an administrative agency) or are expected to appear for the party in this court:

__Aronberg Goldgehn Davis & Garmisa, 330 North Wabash, Suite 1700, Chicago, Illinois 60611__

(3) If the party or amicus is a corporation:

i) Identify all its parent corporations, if any; and

__N/A__

ii) list any publicly held company that owns 10% or more of the party's or amicus' stock:

__N/A__

Attorney's Signature: __/s/ Amy M. Gibson__    Date: __12/2/17__
Attorney's Printed Name: __Amy M. Gibson__

Please indicate if you are Counsel of Record for the above listed parties pursuant to Circuit Rule 3(d).  Yes __x__   No ____

Address: __Aronberg Goldgehn Davis & Garmisa, 330 North Wabash, Suite 1700, Chicago Illinois 60611__

Phone Number: __(312)755-3154__    Fax Number: __(312)222-6391__

E-Mail Address: __agibson@agdglaw.com__

rev. 01/08 AK

## **CERTIFICATE OF SERVICE**

The undersigned certifies that she served copies of this Rule 26.1 Disclosure Statement on Plaintiff/Appellant, Charles Curry, at the electronic address (getdiesel@gmail.com) or before 12:30 p.m. on December 2, 2017, and that a hard copy of this Disclosure Statement will be placed in the U.S. Mail at 330 North Wabash, Chicago, Illinois by 5:00 p.m. on December 4, 2017 for delivery to Plaintiff/Appellant at 2835 Paris Road, Olympia Fields, Illinois 60461.

/s/ *Amy M. Gibson*