No. 17-2900

## UNITED STATES COURT OF APPEALS
## FOR THE SEVENTH CIRCUIT

| | | |
|---|---|---|
| CHARLES CURRY, doing business as GET DIESEL NUTRITION, | ) ) ) | Appeal from the United States District Court for the Northern District of |
| Plaintiff/Appellant, | ) ) ) | Illinois, Eastern Division. |
| v. | ) ) | No: 17-cv-02283 |
| REVOLUTION LABORATORIES, LLC, et al., | ) ) ) ) | Matthew F. Kennelly, Judge. |
| Defendants - Appellees | ) | |

**PLAINTIFF'S (APPELLANT) STATEMENT IN RE ORDER (DKT 28) MOTION FOR PERMISSION TO APPEAL IN FORMA PAUPERIS**

After reviewing the appellant and appellees' briefs submitted in this case (17-2900), the Honorable Court believes that it would benefit from the submission of an appellant's brief written by an attorney (Dkt 28). Appellant Charles Curry does not believe he is in the financial position to pay an attorney to draft the second appellant brief therefore Curry submits this statement informing the 7th Circuit Court of Appeals that he will file an Affidavit Accompanying Motion for Permission to Appeal in Forma Pauperis. Curry desires the Honorable Court to recruit counsel for him.

30 March 2018                                     /s/Charles Curry
                                                  Charles A. Curry Jr, MBA
                                                  PO BOX 962
                                                  Lansing, IL 60438
                                                  getdiesel@gmail.com
                                                  Pro Se Appellant

# **CERTIFICATE OF SERVICE**

I hereby certify that on **30 March 2018** a copy of foregoing **Statement in re to Order (Dkt 28) [Motion for Permission to Appeal in Forma Pauperis**] was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.


                                                                    /s/Charles Curry