# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

April 11, 2018

*By the Court:*

| No. 17-2900 | CHARLES CURRY, doing business as GET DIESEL NUTRITION, Plaintiff - Appellant<br><br>v.<br><br>REVOLUTION LABORATORIES, LLC, et al., Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:17-cv-02283<br>Northern District of Illinois, Eastern Division<br>District Judge Matthew F. Kennelly ||

The following are before the court:

1. **PLAINTIFF'S (APPELLANT) STATEMENT IN RE ORDER (DKT 28) MOTION FOR PERMISSION TO APPEAL IN FORMA PAUPERIS**, filed on March 30, 2018, by the pro se appellant.

2. **AFFIDAVIT ACCOMPANYING MOTION FOR PERMISSION TO APPEAL IN FORMA PAUPERIS**, filed on March 30, 2018, by the pro se appellant.

**IT IS ORDERED** that Charles Curry's motion to proceed in forma pauperis is **DENIED**. This court will recruit counsel to serve as amicus curiae and argue for reversal of the judgment of the district court. Amicus curiae will be identified in a separate court order and a new briefing schedule will be entered at that time.

form name: **c7_Order_BTC**(form ID: **178**)